```
          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA
               FORT PIERCE DIVISION

        Case No. 13-14013-CIV-GRAHAM/LYNCH
```

VICKY COCHRAN,

    Plaintiff,

vs.

VIKING CLIENT SERVICES, INC.,

    Defendant.
_____/

### ORDER DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** came before the Court upon the Plaintiff's Notice of Voluntary Dismissal.[D.E. 4]. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of January, 2013.

                                            s/Donald L. Graham
                                            DONALD L. GRAHAM
                                            UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record